**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6813**

─────────────

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

JOSEPH HOWARD DAVIS,

　　　　　Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:16-cr-00065-KDB-DCK-1)

─────────────

Submitted:  October 19, 2023　　　　　　　　　　Decided:  October 24, 2023

─────────────

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Joseph Howard Davis, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Howard Davis appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for a sentence reduction.  After review of the record, we conclude that the district court did not abuse its discretion in determining that such relief was not warranted in light of relevant 18 U.S.C. § 3553(a) factors after balancing those factors against Davis' arguments.  *See United States v. Bethea*, 54 F.4th 826, 831, 834 (4th Cir. 2022) (noting standard of review, conclusions district court must draw to grant motion, and guideposts for determining whether court has abused its discretion in considering 18 U.S.C. § 3553(a) factors).  Accordingly, we affirm the court's order.  *United States v. Davis*, No. 5:16-cr-00065-KDB-DCK-1 (W.D.N.C. Aug. 8, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*